IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 16-0246 |
| | * | |
| CALEB ANDREW BAILEY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

GOVERNMENT'S MOTION IN LIMINE
PURSUANT TO 18 U.S.C. § 3509 TO PROTECT VICTIMS' IDENTITIES

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves this Court, pursuant to 18 U.S.C. § 3509, to protect the victims' identities through the trial proceedings.

The Government moves pursuant to 18 U.S.C. § 3509(d)(3) to allow the victims to testify using their first names and/or initials only and to withhold disclosing their home addresses or current places of residence. Section 3509(d)(3) permits the court to issue an order "protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child." The measures outlined above are necessary to protect the victims from potential harassment from the media and others, undue embarrassment and other adverse consequences that may result from the nature of their anticipated testimony. The victims were minors at the time of the offenses,[1] and their testimony involves issues that concern the sexual exploitation of them without their knowledge. Use of the victims' first names/initials only

---

[1] One victim is 17 years old, and another victim just turned 18 years old; however, the victims were minors at the time of the offenses.

will not impair the defendant's in-court examination or out-of-court investigation,[2] nor will it add anything to the witnesses' testimony. Similarly, permitting the victims to withhold their home addresses or current places of residence will not impair the defense's ability to cross-examine the victims.

                        Respectfully submitted,

                        Rod J. Rosenstein
                        United States Attorney

By:       /s/
                        Jennifer R. Sykes
                        Thomas P. Windom
                        Assistant United States Attorneys

---

[2] The full names of the victims are already known to the defendant and defense counsel.

## **CERTIFICATE OF SERVICE**

This is to certify that on March 10, 2017, a copy of the foregoing was served via electronic case filing upon the following:

William C. Brennan, Jr., Esq.
William Arnold Mitchell, Jr., Esq.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770

Counsel for Defendant Caleb Andrew Bailey


By: _____/s/_____
      Jennifer R. Sykes
      Assistant United States Attorney

3