## ATTACHMENT A
### Statement of Facts—UNITED STATES V. CALEB ANDREW BAILEY

*The United States and the Defendant, Caleb Andrew Bailey, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

On May 5, 2016, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Special Agents executed federal search warrants at adjoining properties in Waldorf, Maryland associated with **CALEB ANDREW BAILEY ("BAILEY")**, including his residence on Masons Crossing Road and his childhood home on Christmas Place. At the Masons Crossing residence, law enforcement located, among other items, an underground bunker containing machine guns, machine gun manufacturing parts and devices, firearms, explosives, and destructive devices; and child pornography on electronic devices seized inside and outside the residence, including one electronic device located within the underground bunker and other items moved from **BAILEY's** bedroom at the Masons Crossing residence and hidden in the woods by a minor victim at the direction of **BAILEY**. At the Christmas Place residence, in the Defendant's bedroom, law enforcement recovered an electronic device that contained a hash value that matched hash sets of images and videos of known child pornography, as well as internet searches indicative of child pornography.

A hash value is a series of letters and numbers akin to a digital fingerprint for a particular image. Each image has a unique hash value. Law enforcement maintains databases of known child pornography images and videos and the hash values for such images and videos. When law enforcement seizes an electronic device, law enforcement can compare the hash values of images and videos found on the device against hash values of known child pornography in law enforcement databases to determine whether there are any matches.

Count Eleven (Child Pornography Offense) and Obstruction

On May 5, 2016, ATF agents seized numerous electronic devices from **BAILEY's** Masons Crossing residence and **BAILEY's** room at the Christmas Place residence that were used or intended to be used to promote the commission of child pornography offenses, including, but not limited to, a Panasonic Toughbook Laptop Computer, S/N HKYB92883; a Seagate External Hard Drive, S/N NA4CL51W; a Sony Vaio Laptop Computer, no S/N; an OK Gear External Hard Drive, no S/N; and assorted covert recording devices.

During the execution of the search warrant on May 5, 2016, a 17-year-old minor was present at **BAILEY's** Masons Crossing residence. The minor admitted that **BAILEY** instructed the minor to remove a Panasonic Toughbook laptop, a Sony camera, and a Seagate external hard drive from **BAILEY's** residence and cover them with leaves by a footbridge in the woods behind the residence. Law enforcement recovered these items.

On May 17, 2016, a forensic analyst with the Department of Homeland Security, Homeland Security Investigations, conducted a forensic analysis of **BAILEY's** electronic devices.

During a forensic analysis of the Seagate external hard drive found in the woods, agents located a user created folder entitled "[name of Victim 1]" with a subfolder labeled "Hidden Camera Videos." The folder contained videos that **BAILEY** surreptitiously recorded of Victim 1 using a hidden surveillance camera in several different settings, including a bedroom in **BAILEY's** residence and various hotel bathrooms. The videos depict Victim 1 in various stages of undress. In some of the videos, Victim 1's genitals are exposed to the camera, and the camera focuses in on Victim 1's genitals. Three of the videos located in the [Victim 1]\Hidden Camera Videos folder on the Seagate hard drive are described as follows:

> **0E9FNLI2.asf**, recorded on or about March 15, 2015 – this video is two minutes and 36 seconds long and depicts Victim 1 standing nude in front of a hotel bathroom countertop with his genitals exposed to the camera before he enters the shower. The minor is facing the camera.

> **0E9FOIJ2.asf**, recorded on or about March 15, 2015 – this video is one minute and 41 seconds long and depicts Victim 1 in a hotel bathroom nude, getting out of the shower, with his genitals in full view. The camera is focused toward the shower.

> **0F2452R2.asf**, recorded on or about January 8, 2016 – this video is approximately 25 seconds long and depicts Victim 1 urinating with his genitals exposed to the camera.

On or about March 15, 2015, when **BAILEY** surreptitiously recorded the first two videos described above, **BAILEY** and Victim 1 were staying at a Holiday Inn hotel in Camden, South Carolina near where they were participating in an ATV race as part of the Grand National Cross Country ("GNCC") amateur racing circuit.

On or about January 7-8, 2016, when **BAILEY** surreptitiously recorded the third video described above, **BAILEY** and Victim 1 were staying at a Hilton hotel in Ohio as part of a trip to Indiana where **BAILEY** was purchasing a Ford truck for Victim 1.

During these trips, when **BAILEY** surreptitiously recorded videos of Victim 1, Victim 1 was under the care, custody, and supervisory control of **BAILEY**.

During a forensic analysis of the Seagate external hard drive found in the woods, agents located a user created folder entitled "[name of Victim 2]" with a subfolder labeled "Hidden Camera Videos." The folder contained videos that **BAILEY** surreptitiously recorded of Victim 2 using a hidden surveillance camera in several different settings, including various hotel bathrooms. The videos depict Victim 2 in these bathrooms in various stages of undress. In some of the videos, Victim 2's genitals are exposed to the camera, and the camera focuses in on Victim 2's genitals. Two of the videos located in the [Victim 2]\Hidden Camera Videos folder on the Seagate hard drive are described as follows:

> **0DCKTAU2.asf**, recorded on or about March 30, 2014 – this video is two minutes and 50 seconds long and depicts Victim 2 in a hotel bathroom getting out of the shower nude with his genitals exposed to the camera.

**0EAJ68L2.asf**, recorded on or about March 28, 2015 – this video is one minute and 48 seconds long and depicts Victim 2 in a hotel bathroom nude from the waist down with his genitals exposed to the camera.

When the above-described videos were recorded, **BAILEY** and Victim 2 were staying at hotels in connection with their participation in ATV races as part of the GNCC amateur racing circuit. During these trips, when **BAILEY** surreptitiously recorded videos of Victim 2, Victim 2 was under the care, custody, and supervisory control of **BAILEY**.

Bailey also used hidden cameras to surreptitiously record videos of Victim 1 and Victim 2 in the bathroom of **BAILEY's** 2008 Max "Gladiator" recreational vehicle, bearing license plate number GNCC XC (hereinafter "RV"), with the focus of those videos on the Victims' genitals.

A forensic analysis of the same Seagate hard drive that contained the Hidden Camera Videos folders described above also contained a folder called "toy hauler and bedroom." Within that folder were numerous videos that **BAILEY** surreptitiously recorded of Victim 1 and Victim 2 within the bathroom of the RV during trips to and from GNCC races.

In total, **BAILEY** recorded over 100 videos capturing the genitals of Victim 1 and Victim 2 between March 2014 and January 2016. **BAILEY** also created screen captures of portions of some of the videos that **BAILEY** recorded of Victim 1 and Victim 2. The screen captures depict Victim 1 and Victim 2 nude with their genitals exposed. **BAILEY** saved these videos and video screen captures on the Seagate hard drive recovered during the execution of the search warrant at **BAILEY's** Masons Crossing residence on May 5, 2016.

In addition to the videos and images of Victim 2 described above, **BAILEY** also possessed 16 images of Victim 3 taken when Victim 3 was still a minor, including images of Victim 3's erect penis. Victim 3 has a date of birth of xx/xx/1996. **BAILEY** stored the images of Victim 3 in a folder labeled with Victim 3's name on the Seagate hard drive.

The investigation has revealed that Victim 1 depicted in these videos was a minor with a date of birth of xx/xx/1999. At the time **BAILEY** surreptitiously recorded these videos of Victim 1 in 2015 and 2016, Victim 1 would have been between 15 and 16 years of age. The investigation also has revealed that Victim 2 depicted in these videos was a minor with a date of birth of xx/xx/1999. At the time **BAILEY** surreptitiously recorded these videos of Victim 2 between 2014 and 2016, Victim 2 would have been between 15 and 17 years of age.

Bailey produced the surreptitiously recorded videos of Victim 1 and Victim 2 using electronic devices that were manufactured outside the state of Maryland. **BAILEY** also physically transported hidden cameras outside of Maryland to various hotels at which he stayed with Victim 1 and Victim 2 while competing in GNCC races. As such, **BAILEY's** production and possession of the videos was in or affecting interstate or foreign commerce.

In addition to the videos and video screen captures described above, **BAILEY** also possessed other images and videos of child pornography on various electronic devices, including the OK Gear hard drive located within his bunker, that do not appear to have been produced by

him, including depictions of prepubescent minors and depictions of sadistic or masochistic conduct involving minors (bondage). **BAILEY's** collection of child pornography included more than **280** images and **54** videos depicting children engaged in sexually explicit conduct.

Examples of two of the images and one of the videos on the OK Gear hard drive located in the folder path Photos\Random Boys\Private are described below:

**2 2 Cute Preteen Boys 10yo Twins Posing Naked Nude Legs.jpg** – an image that depicts two prepubescent males lying on a bed fully nude with their genitals exposed in the image.

**little 7yo preteen boy with erection.jpg** – an image that depicts a prepubescent minor male lying on an office chair naked from the waist down exposing his erect penis.

An example of one of the videos located on the OK Gear hard drive in the folder path Videos\Boy on boy sex, blow jobs, rape etc is described below:

**KDV – 2 Preteen gay boys.mpg** – a video that is four minutes and ten seconds in length that depicts two prepubescent minors who take turns performing oral sex and anal sex on each other.

The above-described images and videos depict real children engaged in sexually explicit conduct. These images were downloaded from the Internet and were possessed on electronic devices manufactured outside the state of Maryland and, therefore, **BAILEY** possessed the images in and affecting interstate or foreign commerce.

Counts Two through Four (Firearms Offenses)

Illegal Possession of Machine Guns:  During the execution of the May 5, 2016 search warrant, law enforcement seized the following machine guns and machine gun parts from the bunker located in **BAILEY's** basement at his Masons Crossing residence:  (1) a modified H&K Model USC .45 ACP caliber firearm (marked UMP), bearing serial number 47-010716; (2) a modified MKE Model T94K-AT-94K, 9 millimeter caliber firearm, bearing serial number T0624-09Z00125; (3) a modified H&K Model USC .45 ACP caliber firearm (marked UMP), bearing serial number 47-003203; (4) a modified Vector Arms Model V89P, .357 Sig caliber firearm, bearing serial number P50 085; (5) a modified Coharie Arms Model CA89-357, .357 Sig caliber firearm, bearing serial number P50 029; (6) a modified H&K Model USC, 9 millimeter caliber firearm (marked UMP), bearing serial number 47-009490; (7) a modified Spike's Tactical Model ST-15, 5.56 caliber firearm, bearing serial number RM-17652; (8) a modified FN Model PS90, 5.7 caliber firearm, bearing serial number FN081426; (9) a modified Spike's Tactical Model ST-15, 5.56 caliber firearm, bearing serial number RM-18613; (10) a modified Spike's Tactical Model ST-15, 5.56 caliber firearm, bearing serial number RM-10815; (11) a modified Spike's Tactical Model ST-15, 5.56 caliber firearm, bearing serial number RM-18611; (12) a modified Vector Arms Model V94P, 9x19 millimeter caliber firearm, bearing serial number VZ9 00002; (13) a modified POF USA Model P-416, 5.56 caliber firearm, bearing serial number 08-00395; and (14) an Uzi-type machinegun conversion bolt with no serial number.

**BAILEY** knowingly and illegally possessed the above-listed machine guns and machinegun parts, frames, or receivers. **BAILEY** admits that the above-described firearms were machine guns in that they shoot, or are designed to shoot, or can be readily restored to shoot automatically more than one shot without manual reloading by a single function of the trigger.

Receipt and Possession of Unregistered Short-Barrel Rifles: During the execution of the May 5, 2016 search warrant, law enforcement seized the following short-barreled rifles, that is, rifles having a barrel length of less than 16 inches, from the bunker located in **BAILEY's** basement at his Masons Crossing residence: (1) a FEG Model SA 2000M, 7.62x39 caliber rifle, bearing serial number EE11471; (2) a Gunsmoke Enterprises Model M15-Match, .223/5.56 caliber rifle, bearing serial number GE03032; (3) a modified Uzi Model A, 9x19 millimeter caliber rifle, bearing serial number SA 24486; (4) an Olympic Arms Model M.F.R., 5.56 caliber firearm, bearing serial number CH 0580; (5) a DC Industries Model NDS-M92, 7.62x39 millimeter rifle, bearing serial number K1094; (6) an AR-15 type, 5.56 caliber firearm with no serial number; (7) an Olympic Arms Model M.F.R., 5.56 caliber firearm, bearing serial number SB 7491 with H&K MR 556 A1 upper assembly; (8) a Modified H&K Model USC, .45 ACP firearm (marked UMP), bearing serial number 47-003476; (9) a Gunsmoke Enterprises Model M15-Match, .223/5.56 caliber rifle, bearing serial number GE02942; (10) a modified IWI Model 45, .45 ACP caliber rifle, bearing serial number 003401; (11) a DPMS Model A-15 rifle, 5.56 caliber, bearing serial number 27347; (12) a modified FN PS90, 5.7 caliber firearm, bearing serial number FN063944; (13) a modified Coharie Arms Model CA89-40, .40 S&W caliber firearm, bearing serial number DHB 013; and (14) a Rock River Arms Model LAR-15, 5.56 caliber firearm, bearing serial number AC 2023141.

**BAILEY** knowingly possessed each of the above-listed short-barreled rifles. **BAILEY** knew of the characteristics of the firearms, that is, that they were rifles having barrels with lengths of less than 16 inches. Each of the above listed short-barreled rifles were or could readily have been put in operating condition. Moreover, the above-described short-barreled rifles were not registered to **BAILEY** in the National Firearms Registration and Transfer Record.

Receipt and Possession of Unregistered Destructive Devices: During the execution of the May 5, 2016 search warrant, law enforcement seized the following destructive devices from the bunker located in **BAILEY's** basement at his Masons Crossing residence: (1) a Penn Arms Model SL-6-37, 37 millimeter rifle bore launcher, bearing serial number M0330; (2) a Rapid Fire Model RF203, 40 millimeter grenade launcher, bearing serial number 0154; (3) a Penn Arms Model FL1-37, single-shot 37 millimeter smooth bore launcher, bearing serial number F 1195; (4) a Spike's Tactical 37 millimeter smooth bore launcher with no serial number; (5) a Bates & Dittus LLC Model TBL-37 smooth bore 37 millimeter launcher, bearing serial number 46695 with 26 millimeter insert; (6) a Penn Arms 37 millimeter smooth bore launcher, bearings serial number FP0110; (7) a Bates & Dittus LLC Model TBL-37 smooth bore 37 millimeter launcher, bearing serial number 46535; (8) a Bates & Dittus LLC Model ExD-37 smooth bore, 37 millimeter launcher, bearing serial number 02527; (9) a DEF-TEC Corporation 37 millimeter "Gas Gun" smooth bore launcher, bearing serial number D04822; (10) a Spike's Tactical 37 millimeter smooth bore launcher with no serial number; (11) a DEF-TEC Corporation 37 millimeter "Gas Gun" smooth bore launcher, bearing serial number D07914; (12) a Bates & Dittus LLC Model SML-37 smooth bore launcher, bearing serial number 46561; (13) a M-203 type 37 millimeter

smooth bore launcher with no serial number; (14) a Spike's Tactical 37 millimeter smooth bore launcher with no serial number; (15) a Bates & Dittus LLC Model TBL-37 smooth bore, 37 millimeter launcher, bearing serial number 46529; (16) a DEF-TEC Corporation 37 millimeter "Gas Gun" smooth bore launcher, bearing serial number D06323; (17) a Bates & Dittus LLC Model TBL-37 smooth bore, 37 millimeter launcher, bearing serial number 46528; (18) a Penn Arms 37 millimeter smooth bore launcher, bearing serial number FP0114; (19) a Combined Tactical Systems Model TL8, 37-38 millimeter smooth bore launcher, bearing serial number CTL 0219; (20) a Penn Arms Model L8-37 millimeter smooth bore six shot launcher, bearing serial number PA0420; and (21) six AN-M14 thermite grenades.

**BAILEY** knowingly possessed each of the above-listed destructive devices. **BAILEY** knew of the characteristics of the firearms, that is, that they were destructive devices. Each of the above listed destructive devices were or could readily have been put in operating condition. Moreover, the above-described destructive devices were not registered to **BAILEY** in the National Firearms Registration and Transfer Record.

*** 

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

05/15/17
Date

Caleb Andrew Bailey

We are Caleb Andrew Bailey's attorneys. We have carefully reviewed every part of this Statement of Facts with him. To our knowledge, his decision to sign it is an informed and voluntary one.

05/15/2017
Date

William C. Brennan, Jr., Esq.

5/15/17
Date

Teresa Whalen, Esq.