IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Case No. 16-246 PWG |
| | ) | |
| **CALEB ANDREW BAILEY** | ) | |
| | ) | |

**MOTION TO CONTINUE SENTENCING**

    The sentencing hearing in this case is set to begin on November 30, 2017. On behalf of Mr. Bailey, we ask that the Court continue his sentencing at least two months so that we can hire a mental health expert to evaluate Mr. Bailey and have the opportunity to present information about Mr. Bailey's mental health to the Court at sentencing.

    This is a complex case with conduct that involves three separate offenses: illegal weapons charges; possession of child pornography from a decade ago; and production of child pornography charges that are more recent. A notice of appearance for undersigned counsel was filed on September 19, 2017, when Mr. Bailey switched from his prior counsel to current counsel. Since coming into the case, we have worked diligently to prepare. Prior counsel had four boxes of materials related to the case that were provided to us approximately two weeks ago that we have been reviewing as quickly as reasonably possible to get up to speed in the case.

    We have also begun working with our client to prepare for his sentencing hearing. Without going into the details of those conversations, approximately a week and a half ago, we began to search for an expert who can investigate and potentially offer an opinion on various aspects of Mr. Bailey's mental health, including how his mental health contributed to this

offense, and what insight can be shed that may relate to any future dangerousness. Such an opinion could be tremendously useful to the Court in learning about Mr. Bailey's "history and characteristics" under 18 U.S.C. § 3553(a)(1). It could be useful as the Court considers rehabilitation or "other correctional treatment in the most effective manner." 18 U.S.C. § 3553(a)(2)(D). It could, in short, tell the Court a great deal about Mr. Bailey and about why he committed these crimes. All of this could be tremendously important as the Court considers an appropriate sentence.[1]

Although we have diligently attempted to locate an appropriate mental health expert, the soonest we have been told an expert report could deliver a report is December 15 – and that assumes the expert is engaged in the next few days so that he can reserve time to begin his examination of Mr. Bailey. Under the terms of the Plea Agreement in this case, if we intend to use an expert at sentencing, we must provide the expert report to the government 30 days in advance of sentencing. Under the current schedule, then, we must have any expert report to the government by October 31. In short, if the sentencing date stands, we will not be able to investigate or present mental health evidence on behalf of Mr. Bailey.

Mr. Bailey is in custody. The government will not be prejudiced by this modest delay in the sentencing hearing.

Accordingly, on behalf of Mr. Bailey, we request a continuance of the sentencing hearing in this case for at least two months so that we can hire an expert to evaluate Mr. Bailey and potentially present information about Mr. Bailey's mental health to the Court.

---

[1] Prior counsel had not obtained a mental health expert for sentencing. It appears that prior counsel did have Mr. Bailey examined for competence a substantial amount of time ago, but that mental health professional did not do an evaluation that would be relevant for sentencing, did he prepare a report, and does not have particular expertise that would be useful in a case involving child pornography.

Counsel for the government has indicated that the government opposes the relief requested in this motion.

For the reasons stated above, we respectfully request that the Court continue the sentencing hearing in this case for at least two months.

Dated: October 16, 2017                                    Respectfully submitted,

                                                       /s/_____
Matt Kaiser
Amelia Schmidt
KaiserDillon, PLLC
1401 K Street NW, Suite 600
Washington, DC 20005
(202) 640-2850
(202) 280-1034 (facsimile)
mkaiser@kaiserdillon.com
aschmidt@kaiserdillon.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, the Motion was served on all counsel of record and registered users via the Court's electronic filing system.

/s/ _____
Matt Kaiser