IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *    Criminal No.  PWG 16-0246

CALEB ANDREW BAILEY     *

\*   \*   \*

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW undersigned counsel and requests permission to withdraw as counsel for defendant. In support thereof, undersigned counsel states as follows:

1. On or about April 26, 2017, undersigned counsel filed an Appearance Line to represent defendant Caleb Andrew Bailey.

2. Mr. Bailey has retained new counsel, Matthew Kaiser and Amelia Schmidt, both of whom entered their appearance on behalf of the defendant in September 2017.

3. At the request of the defendant, undersigned counsel requests her appearance be withdrawn as counsel of record.

Respectfully submitted,

_____
Teresa Whalen
Law Office of Teresa Whalen
801 Wayne Avenue, Ste. 400
Silver Spring, MD 20910
(301) 588-1980/(301) 728-2905