

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Jennifer R. Sykes*  *Mailing Address:*  *Office Location:*  DIRECT: 301-344-0112
*Assistant United States Attorney*  *6500 Cherrywood Lane, Suite 200*  *6406 Ivy Lane, 8th Floor*  MAIN: 301-344-4433
*Jennifer.Sykes@usdoj.gov*  *Greenbelt, MD 20770-1249*  *Greenbelt, MD 20770-1249*  FAX: 301-344-4516

March 5, 2018

The Honorable Paul W. Grimm
United States District Court for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

     Re:    *United States v. Caleb Andrew Bailey*
             Crim. Case No. PWG-16-0246

Dear Judge Grimm:

     Pursuant to the Court's order, a joint status report is due today concerning the amount of time needed to complete sentencing in this matter. The parties conferred and request three days for sentencing.

                     Very truly yours,

                     Stephen M. Schenning
                     Acting United States Attorney

              By:  /s/
                     Jennifer R. Sykes
                     Kristi N. O'Malley
                     Assistant United States Attorneys

cc: Matthew Kaiser, Esq.
    Shon Hopwood, Esq.
    Amelia J. Schmidt, Esq.