IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-16-0246 |
| | * | |
| CALEB ANDREW BAILEY | * | |
| | * | |
| ****** | | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, through its undersigned counsel, hereby moves this Court to seal the Proposed Sealed Documents filed concurrently herewith (*i.e.*, Exhibits to Government's Supplemental Sentencing Memorandum Regarding Restitution). In support of this Motion, the Government states as follows:

The Proposed Sealed Documents contain information regarding victims of child pornography offenses. Although these documents have been structured so as to protect the identities of those victims (*e.g.*, through redaction and the use of aliases instead of real names), the Government nonetheless requests that these materials be sealed given the risk that, despite the effort to preserve the victims' anonymity, the victims' identities may be determinable through close reading of these documents.

WHEREFORE, the Government respectfully requests that the Proposed Sealed Documents be placed under seal until further order of this Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:      /s/
Kristi O'Malley
Assistant United States Attorney