IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. PWG 8:16-cr-00246 |
| | ) | |
| CALEB ANDREW BAILEY | ) | |

**NOTICE FOR SUBMITTING A SENTENCING VIDEO IN
DEFENDANT CALEB ANDREW BAILEY'S SENTENCING HEARING**

Mr. Bailey's sentencing is currently set for July 25, 2018. As part of the oral sentencing arguments, the defense plans will play a short sentencing video for the Court. In advance of sentencing, the defense will provide the Court with a CD/DVD that contains the sentencing video. The defense will also provide the government with access to the sentencing video prior to the sentencing hearing.

DATE: July 23, 2018

Respectfully submitted,

/s/ Amelia J. Schmidt

Amelia J. Schmidt
Matthew G. Kaiser
KaiserDillon PLLC
1401 K St. NW, Suite 600
Washington, D.C. 20005
(202) 640-2850
aschmidt@kaiserdillon.com
mkaiser@kaiserdillon.com

Shon Hopwood
Law Office of Shon Hopwood PLLC Pioneer
Building Level Office 600 First Ave. #640
Seattle, WA 98104
(402) 889-0588
shonrhopwood@gmail.com
*Counsel for Caleb Andrew Bailey*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2018, the foregoing was filed and served on the government using the Court's electronic filing system and electronic mail.


/s/ Amelia J. Schmidt