## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No. PWG 8:16-cr-00246 |
| **CALEB ANDREW BAILEY** | ) ) | |

### CALEB ANDREW BAILEY'S NOTICE IN RESPONSE TO THE GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM REGARDING RESTITUTION

Defendant Caleb Andrew Bailey hereby submits this Notice to the Court that he does not oppose the government's request for restitution in the amount of $4,000.00.

DATE: July 26, 2018

Respectfully submitted,

/s/ Amelia J. Schmidt

Amelia J. Schmidt
Matthew G. Kaiser
KaiserDillon PLLC
1401 K St. NW, Suite 600
Washington, D.C. 20005
(202) 640-2850
aschmidt@kaiserdillon.com
mkaiser@kaiserdillon.com

Shon Hopwood
Law Office of Shon Hopwood PLLC Pioneer Building Level Office 600 First Ave. #640
Seattle, WA 98104
(402) 889-0588
shonrhopwood@gmail.com

*Counsel for Caleb Andrew Bailey*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of July, 2018, the foregoing was filed and served on the government using the Court's electronic filing system and electronic mail.

/s/ Amelia J. Schmidt