

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

_____

| | | |
|---|---|---|
| *Robert K. Hur* | *36 South Charles Street* | DIRECT: 410-209-4806 |
| *United States Attorney* | *Fourth Floor* | MAIN: 410-209-4800 |
| | *Baltimore, Maryland 21201* | FAX: 410-962-5130 |
| *Tamera L. Fine* | | TTY/TDD: 410-962-4462 |
| *Assistant United States Attorney* | | |

April 24, 2019

Honorable Paul W. Grimm
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:   *United States v. Caleb Andrew Bailey*, Crim. No. 8:16-0246-PWG;
           Ancillary Forfeiture Proceeding – Third Party Claims

Dear Judge Grimm,

    The government writes to provide a status report in this case. Previously, the Court granted a request to conduct discovery to resolve factual issues regarding Teresa and Richard Ward's third party claims to property seized in connection with this criminal case. ECF No. 174. The government issued interrogatories, and the claimants submitted timely responses on April 19. At this time, the government plans to reach out to the claimants to negotiate a resolution of their claims. Therefore, the government requests an additional 30 days to continue working towards a resolution of this matter. With leave of the Court, if the parties have not reached a resolution of this matter in 30 days (through May 24, 2019), they will submit a status report by that time.

                                     Very truly yours,

                                     Robert K. Hur
                                     United States Attorney

                         By:    /s/_____
                                   Tamera L. Fine
                                   Assistant United States Attorney

APPROVED:

_____        _____
Paul W. Grimm                                          Date
United States District Judge